AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 03, 2021**

SEAN F. MCAVOY, CLERK

GEANNIE H.,

|  |  |
|---|---|
| _Plaintiff_ | ) |
| v. | ) |
| KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration, | ) |
|  | ) |
| _Defendant_ | ) |

Civil Action No.   1:20-CV-03160-FVS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:   The Stipulated Motion for Remand, ECF No. 19, is GRANTED.  The Commissioner's final decision is reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  ECF No. 16, is DENIED as moot, given the parties' motion for remand.  Judgment is entered in favor of the Plaintiff.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   Rosanna Malouf Peterson _____ on a motion for Remand, ECF No. 19.

Date:  9/3/2021 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Lennie Rasmussen _____
*(By) Deputy Clerk*

Linda L. Hansen _____